IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 1:26-CR-0062-MJM |
| WAYNE LAMPKIN, Jr. | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its counsel, Kelly O. Hayes, United States Attorney for the District of Maryland and Calvin C. Miner, Assistant United States Attorney for said District, respectfully requests an order from the Court unsealing the Indictment in this case, and in support states the following:

On February 12, 2026, this Court sealed the Indictment in the above-captioned matter because the defendant had not yet been arrested. On February 17, 2026, undersigned counsel coordinated with Wayne Lampkin, Jr.'s counsel and scheduled Mr. Lampkin's initial appearance for February 19, 2026. Mr. Lampkin's counsel indicated that Mr. Lampkin will self-surrender on that same date. As a result, there is no further need to keep the Indictment sealed.

Thus, the Government hereby moves to Unseal the Indictment in this case. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

                                    Kelly O. Hayes
                                    United States Attorney

                                    By: _____
                                    Calvin C. Miner
                                    Assistant United States Attorney
                                    36 South Charles Street
                                    Fourth Floor
                                    Baltimore, Maryland 21201
                                    (410) 209-4800



Dated: February 17, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 1:26-CR-0062-MJM |
| WAYNE LAMPKIN, Jr. | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Government's Motion to Unseal the Indictment in the above-captioned case and the reasons set forth therein, it is this 17th day of February 2026, **ORDERED**, that the Indictment in the captioned case be and hereby is **UNSEALED**.

The Honorable A. David Copperthite
United States Magistrate Judge